# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| **CALAB EVERLING,** on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**FIRST MERCHANTS BANK,**<br><br>Defendant. | Case No. 1:23-cv-01287-SEB-TAB<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Calab Everling, pursuant to Fed. R. Civ. P. 41(a), hereby voluntarily dismisses this action against Defendant First Merchants Bank, without prejudice.

Dated: 11/14/2023

                                                Respectfully submitted,

                                                *s/ Gary M. Klinger*
                                                Gary M. Klinger
                                                **MILBERG COLEMAN BRYSON**
                                                **PHILLIPS GROSSMAN, PLLC**
                                                227 W. Monroe Street, Suite 2100
                                                Chicago, IL 60606
                                                Telephone: 866-252-0878
                                                gklinger@milberg.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 14, 2023 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

    *s/ Gary M. Klinger*
Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: 866-252-0878
gklinger@milberg.com