**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

Acknowledged.

This action is hereby dismissed without prejudice.

Date: __11/16/2023__

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

| | |
|---|---|
| **CALAB EVERLING,** on behalf of himself and all others similarly situated, | Case No. 1:23-cv-01287-S |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| **FIRST MERCHANTS BANK,** | |
| Defendant. | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Calab Everling, pursuant to Fed. R. Civ. P. 41(a), hereby voluntarily dismisses this action against Defendant First Merchants Bank, without prejudice.

Dated: 11/14/2023

Respectfully submitted,

_s/ Gary M. Klinger_____
Gary M. Klinger
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: 866-252-0878
gklinger@milberg.com